556 S.E.2d 52

**Antoine SPAIN, Appellant,**

**v.**

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 1434–00–1.**

Court of Appeals of Virginia.

Dec. 11, 2001.

It appears that this Court does not have jurisdiction over this case. Accordingly, the opinion previously rendered by this Court on May 8, 2001 is withdrawn and the mandate entered on that date is vacated. This Court's orders entered on November 15, 2000 and June 21, 2001 are also vacated and case hereby is transferred to the Supreme Court of Virginia pursuant to Code § 8.01–677.1. *Commonwealth v. Southerly*, 262 Va. 294, 551 S.E.2d 650 (2001).